# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

PEGGY ANGLETON, an individual,

    Plaintiff,

vs.

FCPT RESTAURANT PROPERTIES, LLC; GMRI, INC.; and DOES I-XX; ROE CORPORATIONS I-XX; DOE ENGINEERING COMPANIES I-XX; ROE CONSTRUCTION COMPANIES I-XX; and DOE MANAGEMENT FIRMS I-XX, inclusive,

    Defendants.

Case No: 3:19-cv-0071-LRH-CBC

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**
**(First Request)**

COMES NOW, Plaintiff, PEGGY ANGLETON, and Defendants, FCPT RESTAURANT PROPERTIES, LLC and GMRI, INC., by and through their respective counsel of record, and hereby stipulate and agree, pursuant to LR IA 6-1 and 6-2, as follows:

1. Defendants filed a Notice of Removal on February 8, 2019 (Document #1) removing this action from the Second Judicial District Court;

2. Defendants filed a Partial Motion to Dismiss on February 8, 2019 (Document #2);

3. Plaintiff's opposition to the Partial Motion to Dismiss is currently due on

-1-

or before February 22, 2019;

4. Plaintiff will be filing a Motion to Remand the matter to State court if the parties do not stipulate to the same. As a result, the parties have agreed to address the removal and remand issues prior to any a court addressing the Defendants Partial Motion to Dismiss.

5. The parties have therefore stipulated to an extension of time for Plaintiff to file an opposition to the Partial Motion to Dismiss.

6. Plaintiff's opposition to the Motion to Dismiss will be filed within 14 days of the Court's order denying the Motion to Remand, or within 10 days of Defendant's re-filing of the Motion to Dismiss in state court if the matter is remanded.

7. This Stipulation is made in good faith and not meant for the purposes of delay.

DATED this 15th day of February, 2019.  DATED this 15th day of February, 2019.

    VILORIA, OLIPHANT, OSTER      LEWIS BRISBOIS BISGAARD
       & AMAN L.L.P.                  & SMITH LLP

By:   /s/ *R. Shawn Oliphant, Esq.*     By:   /s/ *May-Ann S. Ellis, Esq.*
    R. Shawn Oliphant, Esq.               May-Ann S. Ellis, Esq.
    Nevada Bar No. 6441                   Nevada Bar No. 12427
    Attorneys for Plaintiff                    Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED as to plaintiff's opposition to the motion to dismiss in the event the motion to remand is denied.

DATED this 19th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE